**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE WILDER, | ) | |
| | ) | |
| | ) | Case No. 16-cv-01965 |
| Plaintiff, | ) | |
| | ) | Hon. John Z. Lee |
| vs. | ) | |
| | ) | Magistrate Judge Sidney Schenkier |
| LVNV FUNDING LLC., and BLITT AND GAINES, P.C. | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendants and Defendants' attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed without prejudice and on the merits, with each side to bear its own fees and costs.

However, if this case is not refiled within 45 days of the filing of this stipulation, Plaintiff respectfully requests that this Honorable Court then dismiss the case with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: June 17, 2016**

*s/Celetha Chatman*
Celetha Chatman
Michael Wood
*Community Lawyers Group, Ltd*
73 W. Monroe, Suite 502
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com
*Attorneys for Plaintiff*

*s/Katherine Oblak*
Nabil Foster
Katherine Oblak
David Schultz
*Hinshaw & Culbertson LLP*
222 North Lasalle
Chicago, IL 60601
Ph: (312) 704-30000
Fx: (312) 265-3227
nfoster@hinshawlaw.com
koblak@hinshawlaw.com
dschultz@hinshawlaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on June 17, 2016, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: June 17, 2016**　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Celetha Chatman*